UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 18-024823
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

JASON J. AMER AND HEATHER A. AMER, DEBTORS

Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-29565-ABA

HEARING DATE: FEBRUARY 5, 2020
JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: January 22, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Lee M. Perlman, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 105 Ebbetts Drive, Atco, NJ 08004.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $46,816.15; as evidenced in Secured Creditor's Proof of Claim 4-1 filed on November 11, 2019.

3. Debtor(s) agree to incorporate this amount, $46,816.15, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,595.38.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on October 28, 2019; ECF Doc.:13.

6. This Consent Order is hereby incorporated into Debtors' Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab            Date: 01/21/2020
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____           Date: JAN 21 2020
Lee M. Perlman, Esquire
Attorney for the Debtors