UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor

RE:   JASON J. AMER, and
      HEATHER A. AMER

Order Filed on April 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-29565

Chapter 13

Hearing Date:  4/7/2020 @10am

Judge:  ABA

## ORDER ALLOWING USE OF INSURANCE PROCEEDS

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED.**

**DATED: April 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor(s): Jason J. Amer and Heather A. Amer
Case No.:  19-29565 ABA
Caption of Order:  Order Allowing Use Insurance Proceeds

Upon the motion of Debtors, Jason J. Amer and Heather A. Amer, for the use of insurance funds received in connection with damage to their residence, and for cause shown, it is

ORDERED that Debtors are permitted to use the insurance funds they received from USAA, check number 9026245612 in the amount of $5,516.90, for repairs to their residence located at 105 Ebbets Drive, Atco, NJ.

It is further ORDERED that, with regard to any funds received from the same insurance company, for the same loss, and for continuation or completion of the same repairs, Debtors

\_\_\_\_\_ are

  xx  are not

required to file a subsequent Motion Allowing Use of Insurance Proceeds prior to using said funds for such purpose.