UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor

RE:   JASON J. AMER, and
      HEATHER A. AMER

Order Filed on April 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-29565

Chapter 13

Hearing Date:  4/7/2020 @10am

Judge:  ABA

## ORDER ALLOWING USE OF INSURANCE PROCEEDS

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED.**

**DATED: April 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor(s): Jason J. Amer and Heather A. Amer
Case No.: 19-29565 ABA
Caption of Order: Order Allowing Use Insurance Proceeds

---

Upon the motion of Debtors, Jason J. Amer and Heather A. Amer, for the use of insurance funds received in connection with damage to their residence, and for cause shown, it is

ORDERED that Debtors are permitted to use the insurance funds they received from USAA, check number 9026245612 in the amount of $5,516.90, for repairs to their residence located at 105 Ebbets Drive, Atco, NJ.

It is further ORDERED that, with regard to any funds received from the same insurance company, for the same loss, and for continuation or completion of the same repairs, Debtors

_____ are

_xx_ are not

required to file a subsequent Motion Allowing Use of Insurance Proceeds prior to using said funds for such purpose.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-29565-ABA
Jason J. Amer                                                          Chapter 13
Heather A. Amer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1            Date Rcvd: Apr 08, 2020
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
db/jdb         +Jason J. Amer,    Heather A. Amer,    105 Ebbetts Drive,    Atco, NJ 08004-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Joint Debtor Heather A. Amer ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Debtor Jason J. Amer ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7