| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on October 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jason J. Amer<br>Heather A. Amer<br>                          Debtors. | Chapter 13<br><br>Case No. 19-29565-ABA<br><br>Hearing Date: September 22, 2020<br><br>Judge Andrew B. Altenburg Jr. |

## ORDER RESOLVING MOTION TO
## VACATE AUTOMATIC STAY WITH CONDITIONS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:            Jason J. Amer and Heather A. Amer
Case No.:           19-29565-ABA
Caption of Order:   **ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY WITH CONDITIONS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Global Lending Services, LLC ("Creditor"), and whereas the post-petition arrearage was $4,010.11 as of September 17, 2020, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2019 Hyundai Sonata; VIN: 5NPE24AFXKH812602 (**"Property") provided that the Debtors comply with the following:

    a. Beginning with the September 27, 2020 payment and continuing monthly on or before the 27th day of each consecutive month, the Debtors shall cure the post-petition arrearage amount above by making six (6) monthly payments of $668.36 each directly to Creditor;

    b. The Debtors shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the September 27, 2020 payment and continuing thereon per the terms of the underlying loan.

2. The Debtors will be in default under this Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in the above paragraph and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

3. All payments due hereunder shall be sent directly to Creditor at the following address: **Global Lending Services LLC, 1200 Brookfield Boulevard, Suite 300, Greenville, SC 29603**.

4. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan as an administrative claim.