UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Jason J. Amer
Heather A. Amer

                                        Debtors.

Order Filed on October 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-29565-ABA

Hearing Date: September 22, 2020

Judge Andrew B. Altenburg Jr.

## ORDER RESOLVING MOTION TO
## VACATE AUTOMATIC STAY WITH CONDITIONS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:          Jason J. Amer and Heather A. Amer
Case No.:         19-29565-ABA
Caption of Order: **ORDER RESOLVING MOTION TO VACATE AUTOMATIC
                  STAY WITH CONDITIONS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Global Lending Services, LLC ("Creditor"), and whereas the post-petition arrearage was $4,010.11 as of September 17, 2020, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2019 Hyundai Sonata; VIN: 5NPE24AFXKH812602 (**"Property") provided that the Debtors comply with the following:

      a.  Beginning with the September 27, 2020 payment and continuing monthly on or before the 27th day of each consecutive month, the Debtors shall cure the post-petition arrearage amount above by making six (6) monthly payments of $668.36 each directly to Creditor;

      b.  The Debtors shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the September 27, 2020 payment and continuing thereon per the terms of the underlying loan.

2.      The Debtors will be in default under this Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in the above paragraph and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

3.      All payments due hereunder shall be sent directly to Creditor at the following address: **Global Lending Services LLC, 1200 Brookfield Boulevard, Suite 300, Greenville, SC 29603**.

4.      If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with

respect to the Property.

      5.     Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan as an administrative

claim.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-29565-ABA

Jason J. Amer                                                                        Chapter 13

Heather A. Amer

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason J. Amer, Heather A. Amer, 105 Ebbetts Drive, Atco, NJ 08004-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Heather A. Amer, 105 Ebbetts Drive, Atco, NJ 08004-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | |
| | on behalf of Creditor Wells Fargo Bank  N.A ewassall@logs.com, njbankruptcynotifications@logs.com |
| Gavin Stewart | |
| | on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Oct 01, 2020

Form ID: pdf903

Total Noticed: 1

Lee Martin Perlman

on behalf of Debtor Jason J. Amer ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Heather A. Amer ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8