Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.: 19–29565–ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason J. Amer | Heather A. Amer |
| 105 Ebbetts Drive | 105 Ebbetts Drive |
| Atco, NJ 08004 | Atco, NJ 08004 |

Social Security No.:
  xxx–xx–5011                                 xxx–xx–1463

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            November 20, 2020
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/20/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Lee Martin Perlman on behalf of Heather A. Amer, Jason J. Amer. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: October 21, 2020
JAN: lgr

                                                                       Jeanne Naughton
                                                                       Clerk