Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29565−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason J. Amer
105 Ebbetts Drive
Atco, NJ 08004

Heather A. Amer
105 Ebbetts Drive
Atco, NJ 08004

Social Security No.:
   xxx−xx−5011                                                          xxx−xx−1463

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 20, 2019.

On 11/19/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               January 13, 2021
Time:                 10:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 20, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jason J. Amer  
Heather A. Amer  
    Debtor(s)

Case No. 19-29565-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: 185 | Total Noticed: 58 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason J. Amer, Heather A. Amer, 105 Ebbetts Drive, Atco, NJ 08004-3020 |
| cr | + | Global Lending Services, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518514613 | + | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 518514617 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518592800 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518514615 | + | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 6407, Sioux Falls, SD 57117-6407 |
| 518719968 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518719969 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408 ST. PAUL, MN 55116-0408 |
| 518621423 | | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518514621 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518514622 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518514627 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 518557977 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 518557963 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 518514637 | + | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 518514638 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518514639 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518636854 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowutz, & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518634818 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowutz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518525196 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518563301 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518568353 | | Wells Fargo Bank,N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 518514648 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518514649 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518621445 | | Email/Text: ally@ebn.phinsolutions.com | Nov 20 2020 21:57:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 518514612 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 20 2020 21:57:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518633401 | | Email/Text: BankruptcyNotices@aafes.com | Nov 20 2020 21:58:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |

Case 19-29565-ABA    Doc 54    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 185 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518514611 | | Email/Text: BankruptcyNotices@aafes.com | Nov 20 2020 21:58:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 518574598 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2020 21:53:02 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518514614 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 21:52:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518514616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2020 21:59:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518514618 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2020 21:51:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518605981 | | Email/Text: bankruptcy@glsllc.com | Nov 20 2020 21:57:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518514625 | | Email/Text: bankruptcy@glsllc.com | Nov 20 2020 21:57:00 | Global Lending Services LLC, PO Box 10437, Greenville, SC 29603 |
| 518514623 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 20 2020 22:01:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518625520 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2020 22:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518514626 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 20 2020 21:58:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518574057 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2020 21:51:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518574639 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2020 21:51:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518514631 | | Email/Text: ml-ebn@missionlane.com | Nov 20 2020 21:57:00 | Mission Lane/tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 518514628 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2020 21:52:06 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518514630 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2020 21:59:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518514633 | + | Email/PDF: pa_dc_claims@navient.com | Nov 20 2020 21:51:20 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518514635 | + | Email/PDF: pa_dc_claims@navient.com | Nov 20 2020 21:52:14 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518602459 | | Email/PDF: pa_dc_claims@navient.com | Nov 20 2020 21:51:20 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518599568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2020 21:51:19 | Portfolio Recovery Associates, LLC, c/o CABELAS, POB 41067, Norfolk, VA 23541 |
| 518611125 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2020 21:59:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518514641 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 21:51:14 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518517533 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 21:53:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518514642 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 21:53:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518514643 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 21:51:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518514644 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 19-29565-ABA    Doc 54    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 185 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2020 21:52:08 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518514645 | | Email/Text: bankruptcy@td.com | | |
| | | | Nov 20 2020 21:59:00 | TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 518514646 | | Email/Text: bankruptcy@td.com | | |
| | | | Nov 20 2020 21:59:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518514647 | + | Email/Text: vci.bkcy@vwcredit.com | | |
| | | | Nov 20 2020 22:00:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |
| 518514650 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Nov 20 2020 21:51:16 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519025690 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518514619 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518514620 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519025691 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, PO Box 10437, Greenville, SC 29603 |
| 518514624 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518514632 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane/tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 518514629 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518514634 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518514636 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518514640 | *+ | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A ewassall@logs.com, njbankruptcynotifications@logs.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Lee Martin Perlman

        on behalf of Joint Debtor Heather A. Amer ecf@newjerseybankruptcy.com
        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

        on behalf of Debtor Jason J. Amer ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca Ann Solarz

        on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8