Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29565−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason J. Amer
105 Ebbetts Drive
Atco, NJ 08004

Heather A. Amer
105 Ebbetts Drive
Atco, NJ 08004

Social Security No.:
xxx−xx−5011

xxx−xx−1463

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 19, 2021.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 19, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jason J. Amer  
Heather A. Amer  
    Debtors

Case No. 19-29565-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Feb 19, 2021     Form ID: 148     Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason J. Amer, Heather A. Amer, 105 Ebbetts Drive, Atco, NJ 08004-3020 |
| cr | + | Global Lending Services, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518514613 | + | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 518514617 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518514621 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518514622 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518514627 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 518557977 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 518557963 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 518514637 | + | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 518514638 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518514639 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518634818 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowutz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518636854 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowutz, & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518525196 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518621445 | | EDI: GMACFS.COM | Feb 20 2021 01:33:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 518514612 | + | EDI: GMACFS.COM | Feb 20 2021 01:33:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518633401 | | EDI: CBSAAFES.COM | Feb 20 2021 01:33:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 518514611 | | EDI: CBSAAFES.COM | Feb 20 2021 01:33:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 518574598 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 22:59:45 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518514614 | + | EDI: CAPITALONE.COM | Feb 20 2021 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518592800 | | EDI: BL-BECKET.COM | | |

| | | | |
|---|---|---|---|
| | | Feb 20 2021 01:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518514615 | + EDI: CITICORP.COM | Feb 20 2021 01:33:00 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 6407, Sioux Falls, SD 57117-6407 |
| 518514616 | + EDI: WFNNB.COM | Feb 20 2021 01:33:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518514618 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2021 23:00:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518719968 | EDI: ECMC.COM | Feb 20 2021 01:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518719969 | EDI: ECMC.COM | Feb 20 2021 01:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518621423 | EDI: ECMC.COM | Feb 20 2021 01:33:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518605981 | Email/Text: bankruptcy@glsllc.com | Feb 19 2021 20:55:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518514625 | Email/Text: bankruptcy@glsllc.com | Feb 19 2021 20:55:00 | Global Lending Services LLC, PO Box 10437, Greenville, SC 29603 |
| 518514623 | + EDI: PHINGENESIS | Feb 20 2021 01:33:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518625520 | EDI: JEFFERSONCAP.COM | Feb 20 2021 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518514626 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 19 2021 20:56:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518574057 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 23:09:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518574639 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 22:59:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518514631 | Email/Text: ml-ebn@missionlane.com | Feb 19 2021 20:55:00 | Mission Lane/tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 518514628 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 22:59:39 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518514630 | + EDI: MID8.COM | Feb 20 2021 01:33:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518514633 | + EDI: NAVIENTFKASMSERV.COM | Feb 20 2021 01:33:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518514635 | + EDI: NAVIENTFKASMSERV.COM | Feb 20 2021 01:33:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518602459 | EDI: NAVIENTFKASMSERV.COM | Feb 20 2021 01:33:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518599568 | EDI: PRA.COM | Feb 20 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o CABELAS, POB 41067, Norfolk, VA 23541 |
| 518611125 | EDI: Q3G.COM | Feb 20 2021 01:33:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518514641 | + EDI: RMSC.COM | Feb 20 2021 01:33:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518517533 | + EDI: RMSC.COM | Feb 20 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518514642 | + EDI: RMSC.COM | | |

Case 19-29565-ABA    Doc 65    Filed 02/21/21    Entered 02/22/21 00:20:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 148 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 20 2021 01:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518514643 | + | EDI: RMSC.COM | Feb 20 2021 01:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518514644 | + | EDI: RMSC.COM | Feb 20 2021 01:33:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518514645 | | EDI: TDBANKNORTH.COM | Feb 20 2021 01:33:00 | TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 518514646 | | EDI: TDBANKNORTH.COM | Feb 20 2021 01:33:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518514647 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 19 2021 20:57:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |
| 518563301 | + | EDI: WFFC.COM | Feb 20 2021 01:33:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518568353 | | EDI: WFFC.COM | Feb 20 2021 01:33:00 | Wells Fargo Bank,N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 518514648 | + | EDI: WFFC.COM | Feb 20 2021 01:33:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518514649 | + | EDI: WFFC.COM | Feb 20 2021 01:33:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 518514650 | + | EDI: CAPITALONE.COM | Feb 20 2021 01:33:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519025690 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518514619 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518514620 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519025691 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, PO Box 10437, Greenville, SC 29603 |
| 518514624 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518514632 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane/tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 518514629 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518514634 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518514636 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518514640 | *+ | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 19, 2021 | Form ID: 148 | Total Noticed: 58

Date: Feb 21, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Joint Debtor Heather A. Amer ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Jason J. Amer ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9